Debra DeCATO, Plaintiff–Appellant,

v.

NORTHEAST MEDICAL CENTER HOSPITAL, Defendant–Appellee.

No. 06–20833
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

May 23, 2007.

Gregg M. Rosenberg, Gregg M. Rosenberg & Associates, Houston, TX, for Plaintiff–Appellant.

Robert Lewis Ivey, Ogletree, Deakins, Nash, Smoak & Stewart, Houston, TX, for Defendant–Appellee.

---

Before REAVLEY, GARZA and BENAVIDES, Circuit Judges.

PER CURIAM: *

The judgment of the Magistrate Judge is affirmed for the reasons stated in his opinion dated August 15, 2006. The appellant was terminated after her medical leave had terminated because she was insubordinate and failed to report for surgical duty on January 4, 2005. There is no evidence in this record that this reason for her discharge was only pretextual.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.